**THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTHUR JOHNSON, Appellant**

No opinion. Concur—Fein, J. P., Milonas, Kassal, Ellerin and Wallach, JJ.